**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Courtney SMITH, Defendant-Appellant.**

No. 86–4478.

United States Court of Appeals,
Fifth Circuit.

April 21, 1987.

Rehearing Denied May 14, 1987.

J. Ransdell Keene, Evans, Feist, Keene & Mills, Taylor W. O'Hearn, Shreveport, La., for defendant-appellant.

Mary Frances Clark, Atty., Michael L. Paup, Chief, Roger M. Olsen, Asst. Atty. Gen., Richard Farber, Atty., Appellate Section, Tax. Div., U.S. Dept. of Justice, Washington, D.C., Joseph S. Cage, Jr., U.S. Atty., John R. Halliburton, Asst. U.S. Atty., Shreveport, La., Alice J. Davis, Washington, D.C., for plaintiff-appellee.

Before THORNBERRY, GEE, and JONES, Circuit Judges.

PER CURIAM:

We affirm on the basis of the district court opinion in *United States v. Smith*, 657 F.Supp. 646 (W.D.La.1986).